```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES                    :    CRIMINAL ACTION
                                 :    No. 10-59-03
                                 :
     v.                          :    CIVIL ACTION
                                 :    No. 15-02159
MARCUS SPIVEY                    :
                                 :
```

**O R D E R**

**AND NOW**, this **25th** day of **April, 2016,** for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 235) is **DENIED.**

**AND IT IS SO ORDERED.**


/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**